THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD C. NELSON, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC, *et al.*,<br><br>        Defendants. | CASE NO. C16-1987-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' status report asking the Court to continue to stay proceedings (Dkt. No. 11). The parties request that the proceedings be stayed until March 20, 2017, so the settlement agreement can be signed. (*Id.* at 2.) The Court, finding good cause, GRANTS the request. Proceedings in this matter are STAYED until March 20, 2017. The parties are ORDERED to file a joint status report on or before March 27, 2017, to update the Court on the status of the case.

//

//

//

MINUTE ORDER C16-1987-JCC
PAGE - 1

DATED this 28th day of February 2017.

                                              William M. McCool
                                              Clerk of Court

                                              s/Paula McNabb
                                              Deputy Clerk