THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD C. NELSON, | CASE NO. C16-1987-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal and proposed order (Dkt. No. 13). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 29th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk